IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Foster, Anthony M | Case Number: 07 B 04457 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 9/9/08 | Filed: 3/13/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 28, 2008
Confirmed: June 18, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,123.46 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,062.54 |
| Trustee Fee: | | 60.92 |
| Other Funds: | | 0.00 |
| Totals: | 1,123.46 | 1,123.46 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,484.00 | 1,062.54 |
| 2. | OSI Collection Svc Inc | Unsecured | 33.70 | 0.00 |
| 3. | RoundUp Funding LLC | Unsecured | 12.87 | 0.00 |
| 4. | RoundUp Funding LLC | Unsecured | 25.45 | 0.00 |
| 5. | New York Div Child Support Enforcement | Priority | | No Claim Filed |
| 6. | New York Div Child Support Enforcement | Priority | | No Claim Filed |
| 7. | Cook County Hospital | Unsecured | | No Claim Filed |
| 8. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 9. | Linebarger Goggan Blair & Simpson | Unsecured | | No Claim Filed |
| 10. | LVNV Funding | Unsecured | | No Claim Filed |
| | | | $ 2,556.02 | $ 1,062.54 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 59.47 |
| 6.5% | 1.45 |
| | $ 60.92 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Foster, Anthony M

Printed: 9/9/08

Case Number: 07 B 04457
Judge: Hollis, Pamela S
Filed: 3/13/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

